| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> Sergio Silva Gutierrez | CHAPTER NO.: 13 |
| | CASE NO.: 8:09–bk–20722 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 15 days from filing of your petition:

☒ Statement of Related Cases required by Local Rule 1015–2.
☒ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002–1(g)]
☒ Statement of Assistance of Non–Attorney or Bankruptcy Petition Preparer. [Local Rule 1002–1(g)]
☒ Summary of Schedules (Form B6). [Local Rule 1002–1(g)]
☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002–1(g)]
☒ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent
Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☒ Statistical Summary of Certain Liabilities
☒ Debtor's Certification of Employment Income

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

      Chapter 13    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

      411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: October 6, 2009

**JON D. CERETTO, CLERK OF COURT**

**By: Jewell Roque**
**Deputy Clerk**